1070

[No. 31977-9-I.  Division One.  August 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TRI THANH NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-05565-3, George T. Mattson, J., entered December 8, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Forrest and Agid, JJ.

[No. 31581-1-I.  Division One.  August 2, 1993.]

GEORGE FUJII, ET AL, *Appellants*, v. STATE FARM FIRE & CASUALTY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-04912-1, Marsha J. Pechman, J., entered September 28, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Grosse, JJ. Now published at 71 Wn. App. 248.

[No. 29794-5-I.  Division One.  August 2, 1993.]

DANIEL PATTERSON, *Appellant*, v. THE CITY OF SEATTLE, ET AL, *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 90-2-04999-0, Marsha J. Pechman, J., entered November 15, 1991, and January 10, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Grosse, JJ.

[No. 27870-3-I.  Division One.  August 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMAR LEE BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-03241-0, Terrence A. Carroll, J., entered February 14, 1991. *Reversed* by unpublished per curiam opinion.